JOHN M. CARPENTER et al., Respondents, *v.* ANNA M. O'DOUGHERTY, Appellant.

(Argued June 6, 1872; decided November 12, 1872.)

DECIDED on authority of *Corn Exchange Ins. Co.* v. *Babcock* (42 N. Y., 613).

*Starbuck & Sawyer* for the appellant.

*Samuel Hand* for the respondents.

PECKHAM, J., reads opinion for affirmance.
All concur.
Judgment affirmed, with costs.